ANNA G. DORNHEIM et al., Respondents, *v.* RICHARD VOM LEHN, JR., Appellant.

(Argued May 25, 1933; decided July 11, 1933.)

*Ralph Stout, Charles Goldenberg* and *Frederick B. Merkle* for appellant.

*Milton H. Reuben* for respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.